## ORDER PROMULGATING AMENDMENTS TO the RULES FOR ADMISSION TO the BAR.

### No. ADM10–8008.

Supreme Court of Minnesota.

Oct. 27, 2014.

On September 16, 2014, the Minnesota State Board of Law Examiners petitioned the court to amend the Rules for Admission to the Bar of the State of Minnesota to modify Rule 6(E) with respect to the list of tested subjects for the MultiState Essay Examination. The court has considered the petition and the Board of Law Examiner's recommendations.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the attached amendments to the Rules for Admission to the Bar be, and the same are, prescribed and promulgated to be effective as of the date of this order. The Rules for Admission to the Bar, as amended effective as of the date of this order, shall be posted on the website of the Minnesota State Board of Law Examiners.

BY THE COURT:

/s/ G. Barry Anderson
Associate Justice

## AMENDMENTS TO THE RULES FOR ADMISSION TO THE BAR

*In the following amendments, deletions are indicated by a line drawn through the words and additions by a line drawn under the words.*

### Rule 6. Admission by Examination

\* \* \*

E. **Scope of Examination.** The Minnesota Bar Examination shall be the Uniform Bar Examination prepared by the National Conference of Bar Examiners, comprised of six Multistate Essay Examination (MEE) questions, two Multistate Performance Test (MPT) questions, and the Multistate Bar Examination (MBE).

(1) Essay Questions. The essay examination is comprised of six 30–minute MEE questions, covering any one or more of the following subjects:

Business Associations (Agency and Partnerships; Corporations; and Limited Liability Companies)

Conflict of Laws

Constitutional Law

Contracts (including contracts under the Uniform Commercial Code (UCC))

Criminal Law and Procedure

Evidence

Family Law

Federal Civil Procedure

~~Negotiable Instruments (Commercial Paper) under the UCC~~

Real Property

Secured Transactions under the UCC

Torts

Trusts and Estates (Decedents' Estates; Trusts and Future Interests)

(2) Multistate Performance Test. The performance test shall include two 90–minute questions testing the applicant's ability to perform a lawyering task using legal and factual materials provided.